**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Clark,<br><br>    Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Respondents. | No. CV-17-03105-PHX-DGC (ESW)<br><br>**ORDER** |

On February 21, 2018, the Court ordered Respondents to answer all four grounds of the Amended Petition. (Doc. 20). In support of his request for habeas relief, Petitioner contends that his constitutional rights were violated when the state prosecution introduced records that Petitioner asserts were expunged in March 2013 by United States District Judge G. Murray Snow. (Doc. 19 at 6-9). Petitioner contends that the "prosecutor cant [sic] use expunged records to prove a bogus new allegation (sex offens [sic]) or use a expunged offense Ive [sic] already been prosecuted/convicted of to prove his current insufficient case." (*Id.* at 7).

In his March 26, 2018 filing (Doc. 25), Petitioner requests copies of (i) the transcript of his March 4, 2013 federal court proceeding held before Judge Snow and (ii) Judge Snow's March 5, 2013 Order Revoking Supervised Release. Respondents have not responded to Petitioner's filing (Doc. 28). *See* LRCiv 7.2(i). For good cause shown,

**IT IS ORDERED** granting Petitioner's requests set forth in his March 26, 2018

filing (Doc. 25) to the extent set forth herein.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to send Petitioner one copy of Document 53 in Case No. CR-08-50066-001-PHX-GMS.

**IT IS FURTHER ORDERED** directing the Clerk of Court to prepare a transcript of the hearing held on March 4, 2013 in Case No. CR-08-50066-001-PHX-GMS and send Petitioner one copy of the transcript.

Dated this 22nd day of May, 2018.

*Eileen S. Willett*
United States Magistrate Judge