**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Clark,<br><br>  Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>  Respondents. | No. CV-17-03105-PHX-DGC (ESW)<br><br>**ORDER** |

The Court has considered Petitioner's "Motion to Include Documents with Case File CV17-03105-PHX-DGC-ESW" (Doc. 35). No response has been filed, and the time to do so has passed. LRCiv 7.2(i).

For good cause shown,

**IT IS ORDERED** granting Petitioner's Motion (Doc. 35). The document referenced in the Motion is now included in this file for consideration.

Dated this 13th day of February, 2019.

Honorable Eileen S. Willett
United States Magistrate Judge